**RECEIVED**

**SEP 0 3 2013**   UNITED STATES DISTRICT COURT

**BY MAIL** FOR EASTERN DISTRICT OF MISSOURI

DAVID LOUIS WHITEHEAD,

        PLAINTIFF,

V.                                                      CASE No. _____

JUDICIAL CONFERENCE OF THE UNITED STATES

Washington, DC, 20001 et al,

Chief Justice John G. Roberts, Judge Paul L. Friedman, Judge Royce Lamberth, Judge Deborah Chasanow, Judge Richard T. Haik, Judge Anthony Trenga, Judge Carl Stewart, Judge Edith H. Jones, Judge William J. Riley, Judge Elizabeth Foote, Judge Stephen Wilson, Judge Richard Roberts, Judge Leslie Southwick, Judge Pricilla Owen, Judge Ellen Huvelle, Judge Merritt Garland, Judge Brett M. Kavanaugh, Judge Douglas Ginsburg, Magistrate Judge Thomas R. Jones, Magistrate Judge Mark Hornsby, Magistrate Judge Ronald Goodbread, White & Case LLP, Wallpark LLC, Federal Election Commission, Senator Patrick Leahy, and Does 1-75.

### Complaint for:

Civil Rights Violations Pursuant to 5th and 14th amendment of the US Constitution, Fraud, Common Fraud, Conspiracy and RICO.

**Parties:** Plaintiff is a US Citizen, and resident of the State of Louisiana.

        Defendants are citizens of the United States and residents of several States: Missouri, Louisiana, District of Columbia, Virginia, Maryland and Texas.

1

**Venue and Jurisdiction:** Venue and Jurisdiction is proper due to 1332 and 1338 (Diversity Jurisdiction, Federal Question).

**Facts and Allegations for Relief:** Above named defendants presided on plaintiff's civil cases having pecuniary interest and extreme bias. Several of the Jurists presided on boards with the defendants, ruling against the plaintiff, in violation of Federal statutes and laws. 28 U.S.C. 455 a, b1, b2, b3, b4, 5i,ii,iii, 3c1c.

Plaintiff believes and alleges that his civil rights were violated due to fraud on the court, by officers of the court. Defendant Jurists failed to disclose and recuse. The judges ruling against the plaintiff were board members, General Partners with defendants and witnesses. Judge Paul L. Friedman as General Partner with White & Case LLP Partners, former Partners, Spouses, and associates in Wallpark LLC, ruled against the plaintiff 11 cases, in favor of White & Case LLP clients. On February 7, 2001, Judge Friedman omitted his association with White & Case LLP, Wallpark LLC and Sony. **Liljeberg v. Health Services Acquisition Corp 486 U.S. 847 1988. (See attached statement/affidavit of Judge Friedman as exhibit 1)**.

Four (4) Judges on the United States Judicial Conference with defendants Judge Royce Lamberth and Judge Deborah Chasanow, as members of the JC, ruled against the plaintiff, violating his rights to a fair trial. **Liljeberg v. Health Services Acquisition Corp 486 U.S. 847 1988.**

Defendants Judges Carl Stewart, Ellen H. Jones, and Judge William J. Riley, ruled against the plaintiff, when the jurists were members of the Judicial Conference with defendants Judge Lamberth and Judge Chasanow. This act was extreme, outrageous and reckless, violating the plaintiff's rights to a fair trial. (See attached rulings of Judge Stewart in Whitehead v. White & Case LLP, Royce Lamberth, Deborah Chasanow, et al., 12-30553, as **exhibits 2 and 3**, and also see ruling of Judge William J. Riley, in Whitehead v. Clinton, Obama, and Bush, Judge Royce Lamberth, Deborah Chasanow, et al., 11-2408 as **exhibit 4,** and see USJC List of Members as **exhibit 5**. Judge Riley failed to recuse.

2

Defendant Judge Ellen Jones ruled against the plaintiff on alleged misconduct complaint against Judge Elizabeth Foote, associated with Magistrate Judge Mark Hornsby, when the court was a member of the Judicial Conference with Judges Lamberth and Chasanow. 28 U.S.C. 455 b1, b2.

On or about June 2010, Defendants Judicial Conference of the United States, Judge Royce Lamberth and Chief Justice John G. Roberts improperly assigned Judge Friedman to the impeachment case of Judge Thomas Porteous, knowing about the plaintiff's allegations against Judge Friedman. This act involves fraud on the courts, by officers of the court, and the act interfered with the plaintiff's right to receive a fair trial in the States of Missouri, Arkansas in re: Whitehead v. Clinton, et al., 11-4031, WD, Ark, and in Louisiana, where plaintiff and Judge Porteous are residents. Noting that the case in Louisiana had undue influence from First Lady Michelle Obama's trip to the Western District of Louisiana, where the case Whitehead v. White & Case LLP, et al., 12-cv0399, WD, La, was pending and subpoena motions was filed for the testimony of Vice President Joseph Biden and Judge Friedman and others. (See also letters from the Fifth Circuit on Ms. Obama and Judge Friedman's financial association and General Partnership with White & Case LLP in Wallpark LLC, as **exhibit's 6 and 7**).

Federal Election Commission failed to investigate the plaintiff's FEC complaints MUR 5237 and recent filing 2013, with exhibits, in violations of the statutes and federal law.

White & Case LLP and Wallpark LLC defendants is associated with a federal judge, who dismissed 11 of the plaintiff's cases for their clients, in violations of the statutes and federal law. White & Case LLP and Wallpark LLC and defendants are liable for their extreme, outrageous and reckless acts.

Magistrate Ronald Goodbread disseminated a District of Columbia Small Claims 55 page order, involving the plaintiff to 3 States (Virginia, Maryland, District of Columbia), violating the plaintiff's civil rights to a fair trial 5th and 14th). Defendants channeled the plaintiff's cases to conflict judges, who dismissed the cases, in violation of the federal statutes and law, and their immunity. Forrester v. White, 484 U.S. 219 (1988). (See supporting Wall Street Journal article of Law Professor Ronald Rotunda as **exhibit 8**)

Defendant Senator Patrick Leahy participated in the Senate confirmation for the judges ruling against the plaintiff, when he was receiving moneys from Time Warner defendants, sued by the plaintiff. Moreover, Senate Leahy starred in the alleged infringing film "The Dark Knight" and The Dark Knight Rises" associated with Katie Holmes, wife of Tom Cruise.

Tom Cruise and Judge Friedman, sued by the Plaintiff were both under federal investigation by the courts and Congress of the United States, when Defendant Leahy was receiving Time Warner's moneys from associates and clients of Tom Cruise and Judge Friedman. Senator Leahy's acts were extreme, outrageous and reckless, violating the plaintiff's civil rights for a fair trial, pursuant to the 5th and 14th amendments of the US Constitution.

### Supporting Case Law:

- U.S. v. Beggerly, 524 U.S. 38 118 S. Ct. 1862, 141 L. Ed. 2d 32 (1988).
- Middleton v. McDonald 388 F. 3d 614, 618 (8th Cir. 2004).
- Universal Oil Products Co. v. Root Refineary Co., 328 U.S. 575, 66 S. Ct. 1176, 90 L. Ed. 1447 (1946).
- Hazel Atlas Glass Co. v. Hartford-Empire Co, 322, U.S. 238, 64 S. Ct. 997, 88 L. Ed. 1250 (1944).
- U.S. v. Metropolitan St. Louis Sewer District, 440 F3d 930, 935 (8th Cir. 2006).
- Bell Atlantic Corp v. Twombly, 550 U.S. 544, 570 127 S. Ct. 1955, 1974 167 L. Ed 2d 929 (2007)(plausibilty factor based on facts).
- Turner v. Pleasant, No. 11-30129 (5th Cir. 2011)**REVISED DECEMBER 16, 2011 IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT.**
- **Liljeberg v. Health Services Acquisition Corp 486 U.S. 847 1988.**

- Forrester v. White, 484 U.S. 219 (1988).

- **Haines v. KERNER**, ET AL. 404 U.S. 519, 92 S. Ct. 594, 30 L. Ed. 2d 652. (1972).

- **Rule 60 b, Rule 60 b3.**

### Claims for Relief:

- Defendants action taken against the plaintiff were extreme, reckless and outrageous, violating his civil rights to a fair trial, pursuant to the 5th and 14th amendments.
- Defendants action taken against the plaintiff involves fraud on the court by officers of the court.
- Defendants (judges) violated their immunity channeling cases to their courts, having pecuniary interest.

4

Count 1
Fraud

Count 2
Common Law Fraud

Count 3
Conspiracy 42 U.S.C. 1985 (3).

Count 4
Civil Rights violations pursuant to the 5th and 14th amendments 42 U.S.C. 1981 and 1983.

Count 5
Rico Violations 18 U.S.C 1961, 1962, 1963,

Count 6
Violations of Judicial Immunity.

- Plaintiff's above complaint meets the requirements of Rule 8 and 9b, short and plain statement. Plaintiff is proceeding Pro Se, and his complaint should not be viewed on the standards of a practicing lawyer. (See **Haines v. KERNER**, ET AL. 404 U.S. 519, 92 S. Ct. 594, 30 L. Ed. 2d 652. (1972).
- Plaintiff's attached exhibits 1 through 9, supports the plausibility factor on basis of his complaint, demanding relief.
- Added Jurisdictional grounds: Judge Rodney Sippel, is a member of the Judicial Conference resides in Missouri. However, he is not named individually, but is part to the board.

Plaintiff demands Trial by Jury.

Plaintiff Demands Compensatory Damages in the amount of $50 Million Dollars. In addition, Plaintiff Demands $250 Million Dollars Damages.

David L. Whitehead        8/31/13

1906 Scott St.
Bossier, Louisiana 71111

See Request/Motion for IFP In forma pauperis (To Proceed without cost). Also see Cover Sheet.

5